ESTELLE WOLINER, PLAINTIFF-RESPONDENT, v.
JACK WOLINER, DEFENDANT-APPELLANT.

Argued September 8, 1975—Decided September 23, 1975.

*Mr. Bernard Rudd* argued the cause for appellant (*Messrs. Rudd and Ackerman*, attorneys; *Mr. Neil Braun* on the brief).

*Mr. Ernest Prupis* argued the cause for respondent (*Messrs. Weltchek, Prupis and Ritz*, attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—7.

*For reversal*—None.